**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6132**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

DEMETRIUS SHAWNDALE RUDISILL, a/k/a Cat,

              Defendant - Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge. (3:05-cr-00390-RJC-5)

Submitted: June 21, 2012            Decided:  June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demetrius Shawndale Rudisill, Appellant Pro Se.  Amy Elizabeth
Ray, Assistant United States Attorney, Asheville, North
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Shawndale Rudisill appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Rudisill, 3:05-cr-00390-RJC-5 (W.D.N.C. Jan. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED